No. 07-22-00368-CR

| Pablo Olivarez | § | From the 287th District Court |
|---|---|---|
| Appellant | | of Bailey County |
| | § | |
| v. | | December 19, 2023 |
| | § | |
| The State of Texas | | Opinion by Justice Parker |
| Appellee | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated December 19, 2023, it is ordered, adjudged, and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis,* no costs beyond those that have already been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o